IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE BELTON, III,

        Plaintiff,                  No. 2:11-cv-0683 KJN P

    vs.

UNKNOWN,

        Defendants.         ORDER

        Plaintiff is a state prisoner proceeding without counsel. Plaintiff has consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On March 9, 2011, plaintiff filed a document styled, "Accusation Against an Attorney." (Dkt. No. 1 at 1, 2.) The document is presented as a filing in the California Supreme Court, and is based on California Business and Professions Code Section 6108. (Dkt. No. 1 at 2.) It appears plaintiff disagrees with findings by the California State Bar, and asks the California Supreme Court to remand this action back to the California State Bar for further proceedings.

        It appears plaintiff filed this action in the wrong court. Plaintiff has alleged no

constitutional violation[1] or otherwise demonstrated this court has jurisdiction over the claims set forth in plaintiff's filing.[2] Based on the claims raised in the instant filing, it does not appear that plaintiff can rectify this defect by amendment. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: April 25, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

belt0683.dsm

---

[1] Plaintiff's challenge to his 2007 conviction was filed in Case Number 2:10-cv-0229 GEB CMK, which was denied on January 18, 2011. A court may take judicial notice of court records. See, e.g., Bennett v. Medtronic, Inc., 285 F.3d 801, 803 n.2 (9th Cir. 2002) ("[W]e may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue") (internal quotation omitted).

[2] Plaintiff has also failed to file an application for leave to proceed in forma pauperis or to pay the $350.00 filing fee.